

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00130-CV

| | | |
|---|---|---|
| Illinois Union Insurance Company | § | From the 48th District Court |
| v. | § | of Tarrant County (048-252770-11) |
| Sabre Holdings Corporation, Site 59.com LLC, Travelocity.com LP, | § | June 25, 2015 |
| Travelocity.com LLC and Sabre Inc. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Illinois Union Insurance Company shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
    Chief Justice Terrie Livingston